United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUKSTALIS, et al.,<br>Plaintiffs,<br>v.<br>AMERICAN ZURICH INSURANCE COMPANY, et al.,<br>Defendants. | Case No. 26-cv-02459-EKL<br>**ORDER REMANDING CASE**<br>Re: Dkt. Nos. 51, 52 |

On October 5, 2026, the Court granted Plaintiffs leave to amend the complaint to join Sean Lemmon as a defendant. ECF No. 51. Plaintiffs have now filed the amended complaint. ECF No. 52. Because the joinder of Lemmon deprives the Court of diversity jurisdiction and there is no other basis for subject matter jurisdiction, this case is REMANDED to Santa Clara County Superior Court. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: October 7, 2026

Eumi K. Lee
United States District Judge